**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Levi Tylor Wilkins,<br><br>  Plaintiff,<br><br>v.<br><br>J Adam Shepherd, et al.,<br><br>  Defendants. | No. CV-21-00240-PHX-GMS (ESW)<br><br>**ORDER** |

On May 3, 2021, Plaintiff, a pro se prisoner formerly housed in the Gila County Jail, in Globe, AZ, filed a Second Amended Complaint pursuant to 42 U.S.C. § 1983. The Court screened Plaintiff's Second Amended Complaint pursuant to 28 U.S.C. § 1915A(a) and ordered Defendants Solberg and Shepherd to answer (Doc. 11 at 6). The Court further ordered Plaintiff to file and serve a notice of change of address in accordance with LRCiv 83.3(d) should his address change, and informed Plaintiff that "[f]ailure to comply may result in dismissal of this action." (Id.). Service packets were sent to the Plaintiff on June 3, 2021; however, both the Court's screening Order (Doc. 11) and the service packets mailed to Plaintiff at his address of record were returned with the notation: "RETURN TO SENDER: No Longer in Custody." (Doc. 12). As of the date of filing this Order, no change of address has been filed. The Plaintiff has abandoned his case.

IT IS ORDERED that Plaintiff show cause no later than **August 26, 2021** why this case should not be dismissed without prejudice for failure to timely serve pursuant to Fed. R. Civ. P. 4 (m) and abide by the Court's Order.  *See* Fed. R. Civ. P. 41(b).

Dated this 12th day of August, 2021.

_____
Honorable Eileen S. Willett
United States Magistrate Judge